**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00339-CV

### PONDERSOSA PINE ENERGY, LLC, NIXON PEABODY, LLP, AND SHANNON, GRACEY, RATLIFF & MILLER, LLP, Appellants

### V.

### ILLINOVA GENERATING COMPANY N/K/A ILLINOVA CORPORATION, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04536**

## ORDER

We **DENY** Constance M. Boland's November 16, 2015 application for admission pro hac vice without prejudice to filing a proper "sworn motion" as required under the Rules Governing Admission to the Bar. *See* Tex. Rules Govern. Bar Adm'n R. XIX(a) (2014).

/s/     MOLLY FRANCIS
           PRESIDING JUSTICE